[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10927
Non-Argument Calendar
_____

D.C. Docket No. 2:12-cr-00085-IPJ-TMP-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK O'NEAL ORES,

Defendant-Appellant.

_____

Appeal from the United States District Cour
for the Northern District of Alabama

_____

(November 13, 2013)

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Patrick Ores in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ores's convictions and sentences are **AFFIRMED**.